1
2
3
4
5
6
7

# JS-6

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  SOUTHERN DIVISION

11

| | |
|---|---|
| NIMA TAGHAVI, an individual, in his representative capacity as Shareholders' Representative, | Case No. SACV 08-00253 JVS (RNBx) |
| | Honorable James V. Selna |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| HANDLEMAN COMPANY, a Michigan corporation, | |
| Defendant. | |

[Proposed] Order Dismissing
Action With Prejudice
Case No. SACV 08-00253 JVS (RBNx)

1     Having read the foregoing stipulation and good cause appearing therefor, the
2 Court hereby dismisses with prejudice all claims and counterclaims filed in this
3 action, with all parties bearing their own fees and costs.
4     IT IS SO ORDERED.

6 Dated:___August 05, 2008_____ _____
7                                           Honorable James V. Selna
                                             United States District Court Judge